UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. FINNEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOANNE GORDON, WARDEN, ET AL.,<br><br>　　　　Defendants. | CASE NO. CV 04-10464 RGK (RZ)<br><br>ORDER ACCEPTING AND ADOPTING THIRD REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Third Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written objections to the Report. The Court accepts the Report and adopts its findings and recommendations.

DATED: JUN 26 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE