# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. FINNEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOANNE GORDON, WARDEN, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 04-10464 RGK (RZ)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: JUN 26 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE